UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RON D. THORNTON and<br>PHYLLIS A. MITCHELL<br>    Plaintiffs,<br><br>V.<br><br>THE BANK OF NEW YORK MELLON<br>f/k/a EMC MORTGAGE CORPORATION,<br>JP MORGAN CHASE BANK NEW YORK,<br>NY, HUGHES WATTERS ASKANASE LLP,<br>and CAROLYN A. TAYLOR<br>    Defendants. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. _____<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## EXHIBIT "B"
### INDEX OF STATE COURT'S FILE

B–1:   Court Docket Sheet;

B-2:   Original Petition to Enjoin Foreclosure Sale and for Temporary Restraining Order;

B-3:   Citation Issuance Request Form;

B-4:   Ex Parte Temporary Restraining Order and Order Setting Hearing for Temporary Injunction;

B-5:   Affidavit of Service with fax cover sheet;

B-6:   Order for Issuance of Temporary Injunction;

B-7:   Defendants' Original Answer.

1712865-1:EMCM:3896

# DOCKET SHEET
## CASE NO. 429-02166-2010

| | |
|---|---|
| Ron D Thornton, Phyllis A Mitchell vs. The Bank of New York Mellon f/k/a EMC Mortage Corporation, JPMorgan Chase Bank New York, NY and Hughes, Watters & Askanase LLP, Carolyn A. Taylor, Trustee | Location: 429th District Court<br>Judicial Officer: Willis, Jill<br>Filed on: 05/27/2010 |

## CASE INFORMATION

Case Type: Other Civil Cases - District

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment**<br>Case Number  429-02166-2010<br>Court  429th District Court<br>Date Assigned  05/27/2010<br>Judicial Officer  Willis, Jill |

## PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Plaintiff** | Mitchell, Phyllis A | Pro Se |
| | Thornton, Ron D | Pro Se<br>469-371-1034(H) |
| **Defendant** | JPMorgan Chase Bank New York, NY | Potts, James E<br>*Retained*<br>713-759-0818(W) |
| | The Bank of New York Mellon | Potts, James E<br>*Retained*<br>713-759-0818(W) |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 05/27/2010 | Plaintiff's Original Petition (OCA)<br>*to Enjoin Foreclosure Sale and for TRO*<br>Party: Plaintiff Thornton, Ron D | |
| 05/27/2010 | Request for Citation<br>*x1*<br>Party: Plaintiff Thornton, Ron D; Plaintiff Mitchell, Phyllis A | |
| 05/28/2010 | Temporary Injunction | |
| 05/28/2010 | Request for Temporary Injunction | |
| 05/28/2010 | Citation<br>The Bank of New York Mellon<br>Unserved<br>*issd* | |
| 05/28/2010 | Temporary Injunction<br>The Bank of New York Mellon<br>Unserved<br>*issd* | |
| 06/10/2010 | Temporary Injunction (10:30 AM) (Judicial Officer: Willis, Jill) | |

# DOCKET SHEET
## CASE NO. 429-02166-2010

| Date | |
|---|---|
| 06/10/2010 | General Docket Entry |
| 06/10/2010 | Affidavit<br>*Affidavit of Service / Derrick Evans Dallas Co. Const.*<br>Party: Plaintiff Thornton, Ron D |
| 06/10/2010 | Temporary Injunction |
| 06/10/2010 | Mailed/Faxed Order<br>*c/c to defts and trustee* |
| 06/25/2010 | Original Answer<br>Party: Attorney Potts, James E |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Defendant** The Bank of New York Mellon | |
| | Total Charges | 5.00 |
| | Total Payments and Credits | 5.00 |
| | Balance Due as of 6/29/2010 | 0.00 |
| | **Plaintiff** Thornton, Ron D | |
| | Total Charges | 274.00 |
| | Total Payments and Credits | 266.00 |
| | Balance Due as of 6/29/2010 | 8.00 |



*** These forms are not a substitute for legal advice. ***

Ron D. Thornton Case No. 429-02166-2010
Phyllis A. Mitchell
[Your Name] The Bank of New York
Plaintiff Mellon FKA
v. EMC Mortgage Corporation,
J.P. Morgan Chase Bank New York, N.Y
[Lienholder's Name]
And Hughes, Watters & Askanase LLP
Carolyn A. Taylor Trustee,
[Trustee's Name]
**Defendants**

In the District Court

Collin County, Texas

429 Judicial District

## ORIGINAL PETITION TO ENJOIN FORECLOSURE SALE
## AND FOR TEMPORARY RESTRAINING ORDER

TO THE HONORABLE COURT:

Ron D Thornton + Phyllis A. Mitchell [plaintiff's name], the Plaintiff, complains of Defendants EMC Mortgage Corp. Chase Bank [lienholder's name (mortgage company)] and Hughes, Watters, Askanase [trustee], and for cause of action shows:

### I. Selection of Discovery Level

Discovery in this case is intended to be conducted under Level 2 of Rule 190 of the Texas Rules of Civil Procedure.

### II. Parties and Service of Citation

Plaintiff, Ron D. Thornton + Phyllis A. Mitchell [plaintiff's name], is the owner of a certain tract of real property located in the city of Plano, Texas [name of city], in Collin County [name of county] County, Texas at: 5033 Bridge Creek Dr., Plano, Texas 75093 [address], and more particularly described as:
[State full legal description of the property, including lot and block number, etc.]
Being Lot 9, Block "B" of Lakeside on Preston- Phase 6, An Addition to The City of Plano, Collin County, Texas, According to The Platt Thereof Recorded in Volume K, Page 368, Map Records Collin County, Texas (Property)

together with the fixtures and personal property used in connection with it.

FILED
2010 MAY 27 PM 2:50



*** *These forms are not a substitute for legal advice.* ***

Defendant, ~~EMC Mortgage Corp/J.P Morgan Chase/~~ *The Bank of New York Mellon FKA* [lienholder's name (mortgage company)], is the holder and owner of a deed of trust note in the original principal amount of $ _476,000.00_ [amount], secured by a deed of trust lien against the property at: _5033 Bridge Creek Dr Plano, Texas 75093_ [address] and more particularly described as:

[State full legal description of the property, including lot and block number, etc.] _Being Lot 9, Block B of Lakeside on Preston - Phase 6, An Addition to The City of Plano, Collin County, Texas, According to The Plat Thereof Recorded in Volume K, Page 368, Map Records, Collin County, Texas (Property)_

and by a security interest in the fixtures and personal property. The deed of trust is recorded in Volume _K_, Page _368_, Deed of Trust Records, _Map Records, Collin County_ [name of county] County, Texas.

Defendant, _Hughes, Watters, Askanase L.L.P Carolyn A. Taylor_ [trustee], is the Trustee under the deed of trust.

### III. Imminent Harm

The Plaintiff was and is the owner of the property purchased from Defendant _EMC Mortgage Corp/J.P Morgan Chase/Bank of NY Mellon_ [lienholder's name (mortgage company)] and more particularly described as:

[State full legal description of the property, including lot and block number, etc.] _Being Lot 9, Block B of Lakeside on Preston - Phase 6 An Addition to The City of Plano, Collin County, Texas According to The Plat Thereof Recorded in Volume K, Page 368, Map Records, Collin County, Texas (Property)_

Although the property is encumbered by the deed of trust lien in favor of Defendant _EMC Mortgage Corp/J.P Morgan Chase/Bank of NY Mellon_ [lienholder's name (mortgage company)], the Plaintiff is not in breach of any covenant or in default of any obligation owed to Defendant _EMC Mortgage Corp/J.P Morgan Chase/Bank of NY Mellon_ [lienholder's name (mortgage company)]. Nevertheless, Defendant _Hughes, Watters, Askanase_ [trustee], as Trustee, acting on instructions from Defendant _EMC Mortgage/J.P Morgan Chase B/N.Y_ [lienholder's name (mortgage company)], has given notice that the property is to be sold by the Trustee pursuant to the powers contained in the deed of trust. The public sale by the Trustee has been set for a time between 10:00 a.m. and 4:00 p.m. on _June 1, 2010_ [date], at the courthouse door in _Collin County_ [name of county] County, Texas.

### IV. Probable Right to Relief

The Trustee states in the Notice of Sale that payments on the deed of trust note are in default. This conclusion is incorrect in that:

*** These forms are not a substitute for legal advice. ***

[State facts explaining why you are not in default.]

EMC Mortgage / JP Morgan Chase engaged in unlawful and abusive collection practices, FTC Act violations; unfair and deceptive loan servicing practices; EMC Mortgage misrepresented the amount owed of my loan # 0022670566. Plaintiffs, Ron D. Thornton, Phyllis A. Mitchell; EMC Mortgage assessed and collected unauthorized fees such as late fees, and misrepresented that they possessed and relied upon a reasonable basis for their representations about my loan. They also made harassing collection calls, falsely represented the amount or legal status of my loan. EMC Mortgage failed to communicate the amount I disputed. In addition, EMC Mortgage used false representations and deceptive means to collect, and EMC Mortgage failed to send me Ron D. Thornton and Phyllis A. Mitchell a validation notice containing the amount of my loan and my legal right to dispute the loan debt, and obtain verification of the debt. EMC Mortgage furnished information about our loan payment status to Credit Reporting Agencies (CRA's) when Ron D. Thornton & Phyllis A Mitchell informed EMC Mortgage that we disputed the completeness or accuracy of the reported information, EMC Mortgage failed to report the dispute to the CRA's as required by FCRA. Falsely did not identify themselves when called, deceptive phone system, bogus address, voice mail never returned, dropped calls, and State of Texas Tax Code number 33.02

## V. Probable Irreparable Harm

Despite the Plaintiff's protestations to Defendant EMC Mortgage Corp / J.P. Morgan Chase / Bank New York Mellon [lienholder's name (mortgage company)] that there was no breach of covenant or default in the Plaintiff's obligations sufficient to justify foreclosure, the Defendants threaten to and, unless restrained, will sell or cause the Plaintiffs property to be sold. The Plaintiff will suffer irreparable injury unless the foreclosure sale is restrained and enjoined. The foreclosure sale will deprive the Plaintiff of the use and enjoyment of the property. Additionally, the Plaintiff will lose the right to sell or mortgage the property at some future date and will not obtain full benefit of the appreciated value.

## VI. Inadequate Remedy at Law

The Plaintiff will show that there is no remedy at law that is clear and adequate to protect the Plaintiff's property interest against this wrongful foreclosure by the Defendants. The Plaintiff requests injunctive relief so that justice may be done, not merely for delay. The Plaintiff has performed all conditions precedent and is ready, willing, and able to perform each and every obligation imposed by the note and deed of trust and to perform any equitable acts as the Court deems necessary.

## VII. Prayer for Relief

WHEREFORE, the Plaintiff requests that:

*** *These forms are not a substitute for legal advice.* ***

1. A temporary restraining order be issued without notice to Defendants, restraining the Defendants, their agents, servants, and employees, from directly or indirectly selling or attempting to sell the trust property on ___6-1-2010___ [date of sale] under the power of sale contained in the deed of trust.

2. The Defendants be cited to appear and show cause, and that on hearing, a temporary injunction be issued enjoining Defendants, their agents, servants, and employees, from directly or indirectly selling or attempting to sell the trust property under the power of sale contained in the deed of trust so long as the Plaintiff makes the agreed payments and otherwise complies with its obligations to Defendant ___EMC Mortgage/JP Morgan Chase___ [lienholder's name (mortgage company)], or on other conditions as the Court deems equitable.

3. The Court declare that as of ___5-28-2010___ [date], no default exists in the Plaintiff's obligations to Defendant ___EMC Mortgage/Chase Bank J.P Morgan___ [lienholder's name (mortgage company)] arising out of the note and deed of trust described in this Petition.

4. The Plaintiff recover costs of suit.

5. The Plaintiff be awarded other and further relief to which the Plaintiff may be justly entitled.

Respectfully submitted,

*Ron D. Thornton, Phyllis A. Mitchell*
[Plaintiff's name]
*Ron D. Thornton, Phyllis A. Mitchell*
[Typed or printed name]
5033 Bridge Creek Dr
Plano, TX 75093
[Address & telephone no.]

*\*\*\*These forms are not a substitute for legal advice.\*\*\**

Case No. _____

Ron D. Thornton; Phyllis A. Mitchell
[Your Name]
**Plaintiff**

v.

EMC Mortgage Corp/JP Morgan Chase
[Lienholder's Name]

And

Hughes, Watters & Askanase, LLP;
[Trustee's Name]
**Defendants**

In the District Court

Collin County, Texas

_____ Judicial District

## VERIFICATION

STATE OF TEXAS
COUNTY OF Collin County TX

BEFORE ME, the undersigned authority, personally appeared Ron D. Thornton & Phyllis A. Mitchell [Plaintiff's name], who, by me duly sworn, deposed as follows:

"My name is Ron D. Thornton & Phyllis A. Mitchell [Plaintiff's name]. I am of sound mind and capable of making this affidavit. I am personally acquainted with the facts herein stated.

"I am the Plaintiff in the above-entitled and numbered cause.

[State the facts that justify the granting of the restraining order and injunction.]

Engaged in unlawfull and abusive collection practices, FTC violations, unfair and deceptive loan servicing practices, EMC Mortgage misrepresented the amount owed of my loan payment number, 0022670566 "Plaintiffs" Ron D. Thornton & Phyllis A. Mitchell, EMC Mortgage assessed and collected unauthorized fees, such as late fee's and misrepresented that they possessed and relied upon a reasonable basis for their representations about my loan. They also made harassing collection calls, falsely represented the amount, or legal status of my loan. EMC Mortgage failed to communicate the amount I owe disputed in addition, EMC Mortgage used false representations an deceptive means to collect, and EMC Mortgage failed to send me - Ron D. Thornton an Phyllis A. Mitchell a validation notice containing the amount of my loan and my legal rights to dispute the loan debt, and obtain verification of the debt. EMC Mortgage furnished information about our loan payment status to Credit Reporting Agencies (CRA's) when Ron D. Thornton & Phyllis A. Mitchell informed EMC Mortgage that we disputed the completness or accuracy of the reported information. EMC Mortgage failed to report the dispute to the CRA's as required by FCRA. Falsely did not identive themselves when called, deceptive phone system, Boxns Address's voice mail never returned, dropped calls, and state of Texas Tax Code number 33.02

*** These forms are not a substitute for legal advice. ***

"I fear that unless the Court acts to restrain Defendants _EMC Mortgage / JP Morgan Chase_ [lienholder's name (mortgage company)] and _Hughes, Watters, Askanase LLP_ [trustee], Defendents will cause me irreparable harm and I will have to adequate remedy at law to protect myself."

SIGNED on __5-27-10__ [date].

_____
[Plaintiff's signature]

_____
[Plaintiff's typed or printed name]

SIGNED under oath on __27 May 2010__ [date], before me, the undersigned authority, personally appeared _Ron D. Thornton_ [Plaintiff's name], personally known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he or she executed it for the purposes and consideration expressed therein.

_____
[Signature of Notary Public]

_Irma M. Fort_
[Typed/printed name]
Notary Public in and for the State of Texas
My commission expires: __30 Jan 2011__

IRMA M. FORT
Notary Public
State of Texas
My Comm. Exp. 01-30-2011

ISSUANCE REQUEST FORM

CAUSE NUMBER: 429-02166-2010
DATE: 5-27-10

_____ # OF CITATIONS WITH SERVICE --- CONSTABLE # _____

___1___ # OF CITATIONS NO SERVICE ---

_____ # OF NOTICES WITH SERVICE --- CONSTABLE # _____

_____ # OF NOTICES NO SERVICE ---

_____ # OF TRO/WRIT WITH SERVICE --- CONSTABLE # _____

_____ # OF TRO/WRIT NO SERVICE ---

_____ # OF OTHER --WITH SERVICE --- CONSTABLE # _____

_____ # OF OTHER --NO SERVICE ---

___/___ Waiting

_____ To be Mailed Back to Attorney

_____ To be Picked Up

By:: _Ron D. Thrinito_
REQUESTED BY:
Phone #  972-365-4494        469-371-1034

FILED
2010 MAY 27 PM 2:52

"B-3"

*\*\*\*These forms are not a substitute for legal advice.\*\*\**

Case No. 429-02106-2010

Ron D. Thornton & Phyllis A. Mitchell
[Your Name]
**Plaintiff**

EMC Mortgage / JP Morgan Chase
[Lienholder's Name]

And

Hughes, Watters, & Askanase,
[Trustee's Name]
**Defendants**

In the District Court

Collin County, Texas

429 Judicial District

## EX PARTE TEMPORARY RESTRAINING ORDER
## AND ORDER SETTING HEARING FOR TEMPORARY INJUNCTION

On this day the Petition of Ron D. Thornton & Phyllis A. Mitchell [Plaintiff's name] for a temporary restraining order was presented to the Court.

The Court, having examined the pleadings of Ron D. Thornton & Phyllis A. Mitchell [Plaintiff's name] finds that a temporary restraining order is necessary and equitable for the protection of the rights of the party. The Court finds that unless Defendants EMC Mortgage / JP Morgan Chase [lienholder's name (mortgage company)] and Hughes, Watters, Askanase, L.L.P [trustee] are immediately restrained from the commission of the acts prohibited by this order, Defendants will commit such acts before notice of the hearing on Ron D. Thornton & Phyllis A. Mitchell's [Plaintiff's name] Petition for a temporary injunction with respect to such matters can be served and a hearing held. The Court therefore orders as follows:

IT IS ORDERED that the Clerk of this Court issue a temporary restraining order, to continue in effect until the conclusion of the hearing on temporary injunction, or until further order of this Court, restraining and enjoining Defendants EMC Mortgage / JP Morgan Chase [lienholder's name (mortgage company)] and Hughes, Watters, Askanase LLP [trustee], their officers, agents, employees, and attorneys from conducting the Trustee's Sale on 6-1-2010 [date], of the property located at: 5033 Bridge Creek Dr Plano, Texas 75093
[address] and more particularly described as:
[State full legal description of the property, including lot and block number, etc.]
Being Lot 9, Block B of Lakeside on Preston - Phase 6, An Addition to The City of Plano Collin County, Texas According to the Plat There of Recorded in Volume K, Page 368 Map Records Collin County Texas. (Property)

*** These forms are not a substitute for legal advice. ***

[*Place a check to indicate if a bond is or is not required. (Court will decide this)*]

✓ ____ IT IS ORDERED that the requirement of a bond is dispensed.

____ IT IS ORDERED that a bond in the amount of $ _____ [amount] is required of _____ [plaintiff's name], and the Clerk of this Court shall, on the filing of a proper bond in that amount, with good and sufficient surety, issue a writ of injunction in conformity with the terms of this temporary restraining order.

It is further ORDERED that Plaintiff's application for temporary injunction be set for hearing in this Court on __6/10/10__ [date] at __10:30__ [time] in the courtroom of the __429th__ [name and designation of court] in Collin County, Texas.

SIGNED on __5/27/10__ [date] at __9:20 AM__ [time].

_____
JUDGE PRESIDING

6/10/2010 1:06 PM SCANNED
Received: Jun 10 2010 01:07pm
Fax: Jun 10 2010 12:49pm P002

Cause Number: **429021662010**

| | | |
|---|---|---|
| RON THORNTON, ET AL., | § | IN THE 429TH JUDICIAL DISTRICT |
| | § | |
| Plaintiff, | § | |
| V. | § | |
| | § | |
| | § | |
| THE BANK OF NEW YORK | § | |
| MELLON FKS EMC MORTGAGE | § | |
| B/S CT CORPORATION | § | OF THE COUNTY OF COLLIN |
| Defendant | | |

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF DALLAS | § |
| | § |

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned, a notary public in and for the State of Texas, on this day personally appeared **Frank A. Bromley, III**, known to me to be the person whose name is subscribed hereto, and who, after being first duly sworn by me, did upon his/her oath depose and state:

1. "My name is Frank A. Bromley, III. I am of sound mind, over 21 years of age, and capable of making this affidavit. The facts stated herein are within my personal knowledge and are true and correct."

2. "I am a deputy constable, badge number 102, employed by **DERICK EVANS, DALLAS COUNTY CONSTABLE PRECINCT 1**, appointed to the position of Assistant Chief Deputy."

3. "On the 28th day of May, 2010, at approximately [time unknown] a citation for delivery/service upon the defendant, **THE BANK OF NEW YORK MELLON FKS EMC MORTGAGE, THROUGH THEIR REGISTERED AGENT, C.T. CORPORATION**, publication was received by **CONSTABLE DERICK EVANS, DALLAS COUNTY CONSTABLE PRECINCT 1**, located at 7201 South Polk Street, Dallas County, Dallas, Texas, 75232. This process was assigned to Sergeant Patricia Clark, #130, for delivery/service."

4. "Sergeant P. Clark proceeded to deliver/serve this above styled process to the defendant, **THE BANK OF NEW YORK MELLON FKS EMC MORTGAGE**,

1

2010 JUN 10 PM 1:00

"B-5"

**THROUGH THEIR REGISTERED AGENT, C.T. CORPORATION** located at 350 North St. Paul Street, Suite #2900, Dallas County, Dallas, Texas, on the 1st day of June 2010, at approximately 9:30 a.m.. through their registered agent/employee, V. Castillo".

5. "On the 4th day of June 2010, Sergeant Clark completed the *"Officer's Return"* reflecting that the delivery/service of this process was performed as stated herein.

6. On or about the 4th day of June 2010, this department deposited in the first class mail the *"Officer's Return,"* to the plaintiff, RON THORNTON, for delivery at 5033 Bridge Creek, Plano, Texas, 75093."

"Further Affiant Saith Not."

_____
SIGNATURE - DEPUTY CONSTABLE - PRECINCT 1 - BADGE #

**SWORN TO AND SUBSCRIBED** before me on this the 10th day of June, 2010.

_____
NOTARY PUBLIC – IN AND FOR THE STATE OF TEXAS
My commission expires: 3/6/2013

DEBORAH C. DAVIS
Notary Public
STATE OF TEXAS
My Comm. Exp. Mar 06, 2013

2

## \*\* MESSAGE \*\*

[RECEIVER]

Fax:

[SENDER]

Fax:



[MESSAGE]
DALLAS CONSTABLE PCT 1 9722282254

2010 JUN 10 PM 1:00




# Dallas County Constable's Office Precinct 1
# DERICK EVANS
## Constable

7201 Polk Street  
Dallas, Texas 75232  
Phone: 972-228-0006  
Fax: 972-228-2254

107 Texas Street  
Lancaster, Texas 75146  
Phone: 214-875-2000  
Fax: 214-875-2047

# Fax Cover Sheet

Date: 06-10-2010

To: MR. RON THORNTON

From: ASST. CHIEF FRANK BROMLEY / 702

Fax Number: (972) 548-4697

Contact Number: (972) 228-0006

No. Pages including cover sheet: 3

Comments:

### CONFIDENTIALITY

The Documents accompanying this telecopy transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named below. If you have received this telecopy in error, please Immediately notify us by telephone to arrange for return of the original documents to us. You are hereby notified that any disclosure, copying, distribution for the taking of any action in reliance on the contents of this telecopied information is strictly prohibited.

2010 JUN 10 PM 1:00



*** These forms are not a substitute for legal advice. ***

CAUSE NO. 429-02166-2010
[Same as on your Petition for Injunction]

Ron D. Thornton
Phyllis A. Mitchell )            IN THE 429 District COURT
**Plaintiff** [Your name]        )
                                 )
EMC Mortgage Corp; JPMorgan )
V. Chase New York, Bank of       )    Collin COUNTY, TEXAS
New York Mellon FKA              )
                                 )
**Defendant**                    )    429 JUDICIAL DISTRICT

### ORDER FOR ISSUANCE OF TEMPORARY INJUNCTION ~~AND ORDER SETTING HEARING DATE~~

Ron D. Thornton & Phyllis A. Mitchell [your name], plaintiff, in this cause, has filed a verified petition for a temporary injunction and, in connection therewith, has presented a request for a temporary restraining order, as set forth in his/her petition. It clearly appears from the facts set forth in his/her verified petition and affidavit(s) that unless EMC Mortgage Corp; JPMorgan Chase [defendant's name], defendant, is immediately restrained from [specify acts to be prohibited] Bank of New York Mellon Foreclosure of Property 5033 Bridge Creek Dr Plano, Texas 75093 Loan: 0022670566 (s)he will commit the foregoing act(s) before notice can be given and hearing is had on plaintiff's motion for a temporary injunction; and that if the commission of these act(s) is not restrained immediately, Ron D. Thornton; Phyllis A. Mitchell [your name], plaintiff, will suffer irreparable injury because [specify reasons]: Mental & Physical Pain, FTC Violations; Unfair and Deceptive Loan Servicing, The Fair Debt Collection Practices Act (FDCPA), Fair Credit Reporting Act (FCRA) The Truth in Lending Act (TILA) Regulation Z

IT IS THEREFORE, ORDERED that EMC Mortgage Corp; JP Morgan Chase; [defendant's name], defendant in this cause, be, and hereby is, commanded forthwith to desist Bank of New and refrain from [specify acts prohibited]: York Mellon Foreclosure of Property At 5033 Bridge Creek Dr Plano TX 75093 Being Lot 9 Block B of Lakeside in Preston. Phase 6. Volume K Page 368 Map Records Collin County TX. from the date of entry of this order until and to the fourteenth day after entry or until further order of this Court.

IT IS FURTHER ORDERED that

[check one]:

[Note: a show-cause order is an order directing a party to appear in court and explain why the party took (or failed to take) some action or why the court should or should not grant the requested relief.]

"B-6"

*** These forms are not a substitute for legal advice. ***

☑ [show cause desired]

Paul D. Thornton, Phyllis A. [defendant's name], defendant, appear before me, Mitchell [Judge's name], Judge of the above-named Court, on June 10th, 2010, at 2:00 o'clock, p.m., in the courtroom of the 429th District Court in Collin County, Texas, then and there to show cause, if any there be, why a temporary injunction should not be issued as requested by plaintiff. The clerk of the court is hereby directed to issue a show cause notice to defendant to appear at the temporary injunction hearing.

☐ [show cause unnecessary]

the petition of Paul D. Thornton & Phyllis A. Mitchell [your name], plaintiff, for temporary injunction be heard before me, _____ [Judge's name], Judge of the above-named Court, on _____, 20__, at ___ o'clock, ___.m., in the courtroom of the _____ District Court in Collin County, Texas.

The clerk of the above-entitled Court shall, on the filing by plaintiff of the bond hereinafter required, issue a temporary restraining order in conformity with the law and the terms of this order.

This order shall not be effective unless and until plaintiff executes and files with the clerk a bond, in conformity with the law, in the amount of One Thousand dollars [number, spelled out] dollars ($1,000).

SIGNED this 10th day of June, 2010, at 2:38 o'clock, p.m.

_____
JUDGE PRESIDING



Filed
10 June 25 P2:22
Hannah Kunkle
District Clerk
Collin District

CAUSE NO. 429-02166-2010

| | | |
|---|---|---|
| RON D. THORNTON, PHYLLIS A. MITCHELL § § § § | | IN THE DISTRICT COURT |
| v. § § | | 429TH JUDICIAL DISTRICT |
| THE BANK OF NEW YORK MELLON § f/k/a EMC MORTGAGE CORPORATION § JP MORGAN CHASE BANK NEW § YORK, NY AND HUGHES WATTERS § ASKANASE LLP, and CAROLYN A. § TAYLOR § | | COLLIN COUNTY, TEXAS |

## DEFENDANTS' ORIGINAL ANSWER

Defendants, THE BANK OF NEW YORK MELLON f/k/a EMC MORTGAGE CORPORATION, JP MORGAN CHASE BANK NEW YORK, NY, HUGHES WATTERS ASKANASE LLP, and CAROLYN A. TAYLOR ("Defendants"), file their Original Answer, as follows:

## GENERAL DENIAL

Defendants generally deny the allegations contained in Plaintiffs' Original Petition.

Defendants reserve the right to amend or supplement their Answer and to bring such other claims and causes of action to which it may be entitled pursuant to the Rules of Procedure and equity, as appropriate.

WHEREFORE, Defendants, THE BANK OF NEW YORK MELLON f/k/a EMC MORTGAGE CORPORATION, JP MORGAN CHASE BANK NEW YORK, NY, HUGHES WATTERS ASKANASE LLP, and CAROLYN A. TAYLOR request that Plaintiffs take nothing by their suit and that THE BANK OF NEW YORK MELLON f/k/a EMC MORTGAGE CORPORATION, JP MORGAN CHASE BANK NEW

1709774-1:EMCM:3896

"B-7"

YORK, NY, HUGHES WATTERS ASKANASE LLP, and CAROLYN A. TAYLOR have and recover costs, together with such other and further relief, general or special, legal or equitable, to which they may be justly entitled.

Respectfully submitted,

HUGHES, WATTERS & ASKANASE, L.L.P.

//s//James E. Potts
Cheryl R. Worley   TBA #24012929
James E. Potts     TBA #24056159
333 Clay, 29th Floor
Houston, Texas 77002-7354
(713) 759-0818 – Telephone
(713) 759-6834 – Facsimile
relkins@hwallp.com – Email

ATTORNEYS FOR DEFENDANTS,
THE BANK OF NEW YORK
MELLON f/k/a EMC MORTGAGE
CORPORATION, JP MORGAN
CHASE BANK NEW YORK, NY AND
HUGHES WATTERS ASKANASE
LLP, and CAROLYN A. TAYLOR

## CERTIFICATE OF SERVICE

I certify that on the 25th day of June, 2010, a copy of the foregoing Defendants' Original Answer has been served on all attorneys/parties of record via certified mail, return receipt requested to:

Ronald D. Thornton
5033 Bridge Creek Dr.
Plano, TX 75093

Phyllis A. Mitchell
5033 Bridge Creek Dr.
Plano, TX 75093

//s// James E. Potts